# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br>       vs.<br><br>VICTORIA IRACEMA LEININGER (1)<br><br><br>                                    Defendant. | Case No. 16CR1067-GPC<br><br><br>JUDGMENT OF DISMISSAL |

```
                                    FILED
                                  JUN 3 0 2016
                          CLERK US DISTRICT COURT
                      SOUTHERN DISTRICT OF CALIFORNIA
                      BY                       DEPUTY
```

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_   Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

_X_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_   the Court has dismissed the case for unnecessary delay; or

\_\_   the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_   the Court has granted the motion of the defendant for a judgment of acquittal; or
\_\_   a jury has been waived, and the Court has found the defendant not guilty; or

\_\_   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Information:

21 USC 952,960

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 6/30/2016

                                    _____
                                    Hon. GONZALO P. CURIEL
                                    United States District Judge